**CRIMINAL CAUSE FOR BAIL HEARING AND STATUS CONFERENCE**
**BEFORE JUDGE:** HURLEY, J.    **DATE:** JANUARY 21, 2011    **TIME:** 12:40- 1:00 PM
**DOCKET NUMBER:** CR-09-0630        USA   V.  APPELBAUM

**FOR DEFENDANT: ADAM APPELBAUM   DEFT. 1**
   DEFT PRESENT AND ON BOND
 **ATTY FOR DEFT.: LAWRENCE CARRA**
       X   PRESENT,      NOT PRESENT


**A.U.S.A.: CHARLES KELLY FOR ALLEN BODE**
**DEPUTY CLERK:    TRISHA BEST**
**COURT REPORTER(S) OR ESR OPERATOR: ELLEN COMBS**
**PRETRIAL SERVICES:  DONNA MACKEY**
**INTERPRETER:**

CASE CALLED FOR BAIL HEARING.
THE DEFENDANT ADMITS TO VIOLATING CONDITION #1 OF THE SUPPLEMENTAL BOND EXECUTED ON 9/22/2009 IN THAT HE ACCESSED A COMPUTER.

THE COURT GRANTS THE GOVERNMENT'S MOTION (DOC#41) TO REVOKE HIS BOND.  A PERMANENT DETENTION ORDER IS ENTERED.

.

WAIVER OF SPEEDY TRIAL FROM  1/21/2011 TO 3/4/2011 IS  EXECUTED.
THE NEXT STATUS CONFERENCE IS SET FOR MARCH 4, 2011 AT 11:00 AM
DEFENDANT IS REMANDED TO THE U.S. MARSHAL